NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1124
(Serial No. 10/110,054)

IN RE SAMY ASHKAR, GEORG WEBER,
MELVIN GLIMCHER, and HARVEY CANTOR

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences

ON MOTION

ORDER

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 13 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK

cc: Patrea L. Pabst, Esq.
Raymond T. Chen, Esq.

s8

MAR 13 2009

ISSUED AS A MANDATE: _____